# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Richard Lee Hefner,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:21-cv-00317-MR |
| vs. | ) | |
| | ) | |
| **State of North Carolina,** | ) | |
| **North Carolina Dept. P.S.,** | ) | |
| | ) | |
| Respondents. | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2022 Order.

July 11, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court